IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. GLR-17-0631 |
| | * |
| NGHIA HOANG PHO, | * |
| | * |
| Defendant | * |
| | * |

## MOTION TO UNSEAL

The United States of America by and through its attorneys, Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Thomas Windom, Assistant United States Attorney for said District, hereby moves this Court in the above-captioned case to unseal the case and its contents.

WHEREFORE, it is respectfully requested that the Government's Motion to Unseal be granted.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

Thomas Windom
Assistant United States Attorney

It is so ORDERED, this _1st_ day of December, 2017.

Hon. Beth P. Gesner
United States Magistrate Judge