UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CASE NO. GLR 17-0631 |
| NGHIA PHO | * | |

**<u>ORDER</u>**

Upon consideration of the Consent Motion to Enlarge Deadline for Sentencing Memorandum, it is the ____ day of _____ 2018;

ORDERED that the motion is granted and the time for the filing of the Defendant's sentencing memorandum is hereby enlarged until September 13, 2018.

_____
JUDGE
United States District Court
for the District of Maryland