UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CASE NO. GLR 17-0631 |
| NGHIA PHO | * | |

## ORDER

Upon consideration of the Consent Motion to Enlarge Deadline for Sentencing Memorandum, it is the 11th day of September 2018;

ORDERED that the motion is granted and the time for the filing of the Defendant's sentencing memorandum is hereby enlarged until September 13, 2018.

All submissions to the Court relating to the sentencing must be filed no later than September 18, 2018.

**George L. Russell, III**
**United States District Judge**