January 31, 2019

Nghia Hoang Pho
Reg. No. 64014-037
Butner LSCI
P.O. Box 999
Butner, NC 27509

*FILED ENTERED*
*LODGED RECEIVED*
*FEB 1 4 2019*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*
*BY _____ DEPUTY*

Clerk of Court
U.S. District Court
101 West Lombard Street
Room 4415
Baltimore, MD 21201-2605

Re: Case No. GLR-1-17-CR-00631-001

Dear Clerk,

I am the defendant in the above referenced case. I am requesting that you send me a copy of the Docket Sheet for my case. Thank you for your attention to my request. I hope to hear from you at your earliest convenience.

Sincerely,

Nghia Hoang Pho