IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Nghia Hoang Pho )
)
    Movant, )
)
)
v. ) Case No. 1:19-cv-02685-GLR
) (1:17-cr-00631-GLR)
)
United States of America )
)
    Respondent. )
)
)
)

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes now, your Movant, Nghia Hoang Pho, pro se, and hereby moves this Court for entry of an order dismissing his 2255 Motion without prejudice.

RESPECTFULLY SUBMITTED ON THIS  15  DAY OF OCTOBER, 2019.

Nghia Hoang Pho, Movant

### Certificate of Service

I hereby certify that I have mailed a copy of the foregoing to counsel for the Respondent on the  15  day of October, 2019.

Nghia Hoang Pho